PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED TRIBAL HEALTH PROJECT, INC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, SYLVIA BURWELL, in her official capacity as Secretary, U.S. Department of Health & Human Services, MARY SMITH, in her official capacity as Director, Indian Health Service,<br><br>Defendants. | CASE NO.  2:16-cv-01546-JAM-AC<br><br>**STIPULATION TO A 3-MONTH STAY OF PROCEEDINGS AND ORDER** |

Plaintiff Consolidated Tribal Health Project, Inc., and Defendants United States of America, Sylvia Burwell, Secretary of the United States Department of Health and Human Services, and Mary Smith, Principal Deputy Director of the Indian Health Service, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to a 3-month stay of proceedings in light of the fact that the parties have agreed to engage in settlement discussions aimed at resolving the claims at issue in this case.

The parties also jointly ask the Court to relieve the parties of their obligation to file a joint status report until after the expiration of the 3-month stay of proceedings.  If the parties are unable to resolve this matter by November 21, 2016, the defendants will file a responsive pleading to the Complaint no later than December 5, 2016, and the parties will prepare and file a

joint status report no later than December 12, 2016.  The parties have agreed not to exchange Initial Disclosures at this time and will address the exchange of Initial Disclosures in their joint status report if this matter is not resolved through the parties' settlement discussions.

Dated:  August 22, 2016	Respectfully submitted,

	PHILLIP A. TALBERT
	Acting United States Attorney

	*/s/  Edward A. Olsen*
	EDWARD A. OLSEN
	Assistant United States Attorney
	Attorneys for Defendants


Dated:  August 22, 2016	HOBBS, STRAUS, DEAN & WALKER, LLP

	*/s/ Adam P. Bailey*
	ADAM P. BAILEY
	GEOFFREY D. STROMMER
	Attorneys for Plaintiff


## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  8/22/2016	/s/ John A. Mendez
	JOHN A. MENDEZ
	UNITED STATES DISTRICT COURT JUDGE