PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED TRIBAL HEALTH PROJECT, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, SYLVIA BURWELL, in her official capacity as Secretary, U.S. Department of Health & Human Services, MARY SMITH, in her official capacity as Director, Indian Health Service, <br><br> Defendants. | CASE NO. 2:16-cv-01546-JAM-AC <br><br> **STIPULATION TO A 2-MONTH STAY OF PROCEEDINGS AND ORDER** |

  Plaintiff Consolidated Tribal Health Project, Inc., and Defendants United States of America, Sylvia Burwell, Secretary of the United States Department of Health and Human Services, and Mary Smith, Principal Deputy Director of the Indian Health Service, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to a further 2-month stay of proceedings in light of the fact that the parties have been fruitfully engaged in settlement discussions in this matter and have made significant progress towards that settlement, but need more time to come to resolution of these claims.

  The parties also jointly ask the Court to relieve the parties of their obligation to file a joint status report until after the expiration of the 2-month stay of proceedings. If the parties are unable to resolve this matter by January 23, 2017, the defendants will file a responsive pleading

to the Complaint no later than January 30, 2017, and the parties will prepare and file a joint status report no later than February 6, 2017.  The parties have agreed not to exchange Initial Disclosures at this time and will address the exchange of Initial Disclosures in their joint status report if this matter is not resolved through the parties' settlement discussions.

Dated:  November 22, 2016              Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              */s/  Edward A. Olsen*
                                              EDWARD A. OLSEN
                                              Assistant United States Attorney
                                              Attorneys for Defendants

Dated:  November 22, 2016              HOBBS, STRAUS, DEAN & WALKER, LLP

                                              */s/ Adam P. Bailey*
                                              ADAM P. BAILEY
                                              GEOFFREY D. STROMMER
                                              Attorneys for Plaintiff

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/28/2016              /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE