HOBBS, STRAUS, DEAN, & WALKER LLP
  A Limited Liability Partnership
GEOFFREY D. STROMMER, *pro hac vice*
gstrommer@hobbsstraus.com
806 S.W. Broadway, Suite 900
Portland, Oregon 97205
Telephone:   503-242-1745
Facsimile:    503-242-1072

ADAM P. BAILEY, Cal. Bar No. 278208, counsel for service
abailey@hobbsstraus.com
1903 21st St., 3rd Floor
Sacramento, California 95811
Telephone:   916-442-9444
Facsimile:    916-442-8344

Attorneys for Plaintiff
CONSOLIDATED TRIBAL HEALTH PROJECT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED TRIBAL HEALTH PROJECT, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, SYLVIA M. BURWELL, in her official capacity as Secretary, U.S. Department of Health & Human Services, MARY SMITH, in her official capacity as Principal Deputy Director, Indian Health Service,<br><br>Defendants. | Case No. 2:16-cv-01546-JAM-AC<br><br>**STIPULATION TO A SIX-WEEK PERIOD OF TIME TO FILE DISPOSITIONAL DOCUMENTS; AND ORDER** |

    Plaintiff Consolidated Tribal Health Project, Inc., and Defendants United States of America, Sylvia M. Burwell, Secretary of the United States Department of Health and Human

STIPULATION AND PROPOSED ORDER
CASE NO. 2:16-cv-01546-JAM-AC

Services, and Mary Smith, Principal Deputy Director of the Indian Health Service, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to the following:

(1) The Honorable John A. Mendez stayed this action pending settlement until January 30, 2017, on which date, failing settlement, the defendants must file a responsive pleading.

(2) The parties settled the above-captioned case through negotiations between counsel, which concluded in early January 2017.

(3) On January 17, 2017, the parties filed a Stipulation of Settlement resolving all claims in this above-captioned case.  Pursuant to the Stipulation, the parties agreed that the settlement amount would be paid out of the Judgment Fund as soon as practicable, consistent with the normal processing procedures of the Department of Justice and the Department of Treasury.

(4) The Department of Justice and the Department of Treasury are following their normal processing procedures, but payment of the settlement amount has not yet been made.

(5) Accordingly, the parties respectfully request the Court to relieve the Defendants of the need to file a responsive pleading and vacate any calendar dates in this case.

(6) Additionally, the parties respectfully request the Court provide a further six weeks to file the dispositional documents in this case, to a date of March 13, 2017.

//
//
//
//
//
//
//
//
//

Respectfully Submitted,

Dated: January 17, 2017     HOBBS, STRAUS, DEAN & WALKER, LLP

*/s/ Adam P. Bailey*
ADAM P. BAILEY
GEOFFREY D. STROMMER
Attorneys for Plaintiff

Dated: January 17, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Dated: January 18, 2017

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER
CASE NO. 2:16-cv-01546-JAM-AC