HOBBS, STRAUS, DEAN, & WALKER LLP
  A Limited Liability Partnership
GEOFFREY D. STROMMER, *pro hac vice*
gstrommer@hobbsstraus.com
806 S.W. Broadway, Suite 900
Portland, Oregon 97205
Telephone:    503-242-1745
Facsimile:    503-242-1072

ADAM P. BAILEY, Cal. Bar No. 278208, counsel for service
abailey@hobbsstraus.com
1903 21st St., 3rd Floor
Sacramento, California 95811
Telephone:    916-442-9444
Facsimile:    916-442-8344

Attorneys for Plaintiff
CONSOLIDATED TRIBAL HEALTH PROJECT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CONSOLIDATED TRIBAL HEALTH PROJECT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, SYLVIA M. BURWELL, in her official capacity as Secretary, U.S. Department of Health & Human Services, MARY SMITH, in her official capacity as Principal Deputy Director, Indian Health Service,<br><br>Defendants. | Case No. 2:16-cv-01546-JAM-AC<br><br>**STIPULATION TO A FURTHER FOUR-WEEK PERIOD OF TIME TO FILE DISPOSITIONAL DOCUMENTS; AND ORDER** |
|---|---|

Plaintiff Consolidated Tribal Health Project, Inc., and Defendants United States of America, Sylvia M. Burwell, Secretary of the United States Department of Health and Human

Services, and Mary Smith, Principal Deputy Director of the Indian Health Service, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to the following:

(1) On January 17, 2017, the parties filed a Stipulation of Settlement resolving all claims in this above-captioned case.

(2) Pursuant to the Stipulation, the parties agreed that the settlement amount would be paid out of the Judgment Fund as soon as practicable, consistent with the normal processing procedures of the Department of Justice and the Department of Treasury.

(3) On January 18, 2017, the parties filed a stipulation asking the court to relieve the defendants of any obligation to file a responsive pleading and for six weeks to file dispositional documents in the case.

(4) On January 19, 2017, this Court approved the stipulation and directed the parties to file dispositional documents no later than March 13, 2017.

(5) The Department of Treasury is following its normal processing procedures, but requested further information from the Department of Justice on March 8, 2017, and payment has not yet been made.

(6) Accordingly, the parties respectfully request that the Court provide a further four weeks to file the dispositional documents in this case, to a date of April 10, 2017.

//
//
//
//
//
//
//
//
//

STIPULATION AND PROPOSED ORDER
CASE NO. 2:16-cv-01546-JAM-AC

Respectfully Submitted,

Dated: March 10, 2017                HOBBS, STRAUS, DEAN & WALKER, LLP

*/s/ Adam P. Bailey*
ADAM P. BAILEY
GEOFFREY D. STROMMER
Attorneys for Plaintiff

Dated: March 10, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Dated: _3/10/2017

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER
CASE NO. 2:16-cv-01546-JAM-AC